Brian H. Kim  (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave., Suite 517
Berkeley, California 94705
Phone: (510) 225-0696
Fax: (510) 225-1095
Email: bkim@bkkllp.com
             jkeenley@bkkllp.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No.:4:21-cv-1392 JST |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;** |
| v. | **[PROPOSED] ORDER** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Plaintiff JANE DOE and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, (collectively, the "Parties") by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all Defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each Party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**.

///

Dated:  September 30, 2021

BOLT KEENLEY KIM LLP

By: /s/ Brian H. Kim
Brian H. Kim
Attorneys for Plaintiff

Dated:  September 30, 2021

MAYNARD, COOPER & GALE, LLP

By: /s/ Cindy M. Rucker
Cindy M. Rucker
Attorneys for Defendant Life Insurance Company of North America

### [PROPOSED] ORDER

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. No. 4:21-cv-1392 JST, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated:  October 4, 2021

Hon. Jon S. Tigar
United States District Court Judge